(August 21, 2002)

■ In the Matter of JOHN T. DILLON, JR., Respondent, v JOSEPH HOLLAND, Appellant, et al., Respondent. [746 NYS2d 407]

The Supreme Court properly granted the petition as the appellant failed to obtain the requisite number of valid signatures.

The appellant's remaining contention is without merit. Altman, J.P., Krausman, Goldstein, Cozier and Rivera, JJ., concur.